**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HARRY MEDINA, individually and on behalf all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>NATIONS DIRECT MORTGAGE, LLC,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-00595-ART-NJK<br><br>Complaint Filed: March 27, 2024 |
| DANNY ALLEN, individually and on behalf all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>NATIONS DIRECT MORTGAGE, LLC,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-00614-APG-NJK<br><br>Complaint Filed: March 28, 2024 |
| YVETTE BROWN, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>NATIONS DIRECT MORTGAGE, LLC,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-00697-GMN-NJK<br><br>Complaint Filed: April 10, 2024 |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS FOR PRE-TRIAL PROCEEDINGS**

　　Having reviewed the Motion to Consolidate for Pre-Trial Proceedings, the Memorandum in Support, and the complaints in all actions and having found that the cases (1) involve some of

1

the same issues of fact and law, (2) grow out of the same alleged data breach involving Defendant Nations Direct Mortgage, LLC, (3) have many of the same claims, and (4) have proposed class definitions that will encompass the same persons, this Court finds that the cases have sufficient commonality of issues and parties to warrant consolidation under Federal Rule of Civil Procedure 42(a). This Court further finds that the benefits of consolidation are not outweighed by any risk of prejudice or jury confusion. The effect of such consolidation will be judicial economy and preserving the Parties' resources, as well as avoiding disparate rulings in separate actions.

Accordingly, because this Court finds that the below proposed class actions (the "Related Actions") have sufficient commonality of law and fact and does not increase the risk of an unfair outcome, the Motion is **GRANTED**. As such, the Court **ORDERS** the following:

1. The following Related Actions are hereby consolidated for all pre-trial proceedings (the "Consolidated Action"):

| Abbreviated Case Name | Case No. | Date Filed |
|---|---|---|
| *Medina v. Nations Direct Mortgage, LLC* | 2:24-cv-00595 | March 27, 2024 |
| *Allen v. Nations Direct Mortgage, LLC* | 2:24-cv-00614 | March 28, 2024 |
| *Brown v. Nations Direct Mortgage, LLC* | 2:24-cv-00697 | April 10, 2024 |

2. The above-listed Related Actions shall be transferred to the low-numbered case, *Medina v. Nations Direct Mortgage, LLC,* No. 2:24-cv-00595, and the files of the Consolidated Action shall be maintained in one file under Master File No. 2:24-cv-00595 and shall bear the following caption:

| | |
|---|---|
| In re: NATIONS DIRECT MORTGAGE, LLC Data Breach Litigation | Lead Case No. 2:24-cv-00595-ART-NJK |

3. In the event a case that arises out of the same subject matter of the Consolidated Action is subsequently filed in this Court or transferred from another Court, a motion may be made to consolidate with these Related Cases. Nothing in the foregoing shall be construed as a

waiver of Defendant's right to object to consolidation of any subsequently filed or transferred action;

4. Defendant does not waive its right to move to dismiss the Consolidated Action or any individual action, to oppose class certification under Fed. R. Civ. P. 23 or the appointment of class counsel on any grounds, or to oppose joinder of plaintiffs to one another including for purposes of trial;

5. Under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, service by e-mail transmission shall be permitted in addition to service via ECF notification;

6. Upon granting of this Motion, all deadlines in all of the Related Actions are stayed;

7. Plaintiffs shall have fourteen (14) days from the date of this order to file applications for the appointment of interim class counsel;

8. Plaintiffs shall file a superseding Consolidated Class Action Complaint no later than 45 days following the appointment of interim class counsel;

9. Defendant shall have 45 days from the filing of the superseding Consolidated Class Action Complaint to file a motion to dismiss or otherwise respond to that Complaint, Plaintiffs shall have 45 days thereafter to file their opposition, and Defendant shall have 30 days thereafter to file a reply in support.

**IT IS SO ORDERED.**

DATED  May 23, 2024.

_____
HON. ANNE. R. TRAUM
U.S. DISTRICT COURT JUDGE

_____
HON. ANDREW P. GORDON
U.S. DISTRICT COURT JUDGE

_____
HON. GLORIA M. NAVARRO
U.S. DISTRICT COURT JUDGE